UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-2015-JJO

IN THE MATTER OF THE
TRANSFER OF OFFENDERS
Pursuant to 18 U.S.C. § 4100
et seq.
_____/

### ORDER

Pursuant to 28 U.S.C. § 636(g), the Honorable John J. O'Sullivan, a United States Magistrate Judge for the Southern District of Florida, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about January 19, 2016, in Quito and Guayaquil, Ecuador, relating to the proposed transfer of offenders from Ecuador to the United States. He is also authorized to assign counsel for the said offenders as provided in 18 U.S.C. § 4109.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 4th day of January, 2016. ~~December, 2015.~~

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

Ecuador

Erik Herrera – Quito  ✓

Ivan Peebles-Kovalev  - Guayaquil

Hilary Ann Taaffe – Guayaquil

Pelivan Shkurti – Guayaquil

Norman Edmund Kirkland - Guayaquil